# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| James Hendrickson, ) | |
| ) | **ORDER FOR MID-DISCOVERY** |
| Plaintiff, ) | **STATUS CONFERENCE** |
| ) | |
| v. ) | |
| ) | |
| Univar Solutions USA Inc., et al., ) | |
| ) | Case No. 1:24-cv-060 |
| Defendants. ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on October 30, 2024, at 9:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581. The conference may be recorded for the convenience of the court.

Dated this 12th day of June, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court