IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| James Hendrickson, | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| | ) Case No. 1:24-cv-060 |
| Univar Solutions USA Inc., et al., | ) |
| Defendant. | ) |

The court has been advised that the parties have reached a settlement. Pursuant to Local Civil Rule 41.1, the parties are directed to file their closing documents within sixty (60) days from the date of this order.  See D.N.D. Civ. L. R. 41.1.

**IT IS SO ORDERED**.

Dated this 28th day of March, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court